# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDISON GEORGES,**

      **Plaintiff,**

**v.**                                                              **Case No:  6:13-cv-1245-Orl-22GJK**

**DISCOVER FINANCIAL SERVICES, INC.,**

      **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 8).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 20, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record